

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00770-CV

JAMES FRAZIER

v.

DALE WILLIAMS D/B/A QUALITY AIR HEATING AND AIR CONDITIONING

On Appeal from the
135th District Court of Jackson County, Texas
Trial Cause No. C-11-4-13970

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

August 21, 2014